SIGNED.

Dated: July 7, 2020

Paul Sala, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| Renell D. Williams and Latressa D. Williams, | No. 2:20-bk-06619-PS |
| Debtors. | |
| Mechanics Bank, a California banking corporation, | **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, vs. | |
| Renell D. Williams and Latressa D. Williams, Debtors, and Edward J. Maney, Trustee, | Re: 2016 Ram |
| Respondents. | |

Mechanics Bank, a California banking corporation (hereinafter "Mechanics") filed its Motion for Relief from the Automatic Stay (the "Motion") on June 18, 2020. The Motion and notice thereof were served on June 18, 2020, pursuant to Local Rule 4001-1. No timely objections having been filed. A Certificate of Service and No objection has been filed pursuant to Local Rule 4001-1(f). Good cause appearing;

1  IT IS HEREBY ORDERED terminating the automatic stay of 11 U.S.C. §362(a)

2  as it is applicable to the debtor, with respect to the following described personal property

3  (the "Collateral"):

4      2016 Ram

5      VIN: 1C6RR7LTXGS224166.

6  IT IS FURTHER ORDERED relieving Mechanics from the automatic stay of 11

7  U.S.C. §362(a) as to the bankruptcy estate.

8  IT IS FURTHER ORDERED that Mechanics may file an amended proof of claim

9  for any deficiency balance within 30 days of disposition of the Collateral or by the claims

10 bar date, whichever is later.

11 ***SIGNED AND DATED ABOVE.***